1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 007035
2  MONTE HALL, ESQ.
   Nevada Bar No. 00239
3  Email: sjaffe@lawhjc.com
   montehall@lawhjc.com
4
                  **HALL JAFFE & CLAYTON, LLP**
5                 7455 W. WASHINGTON AVENUE
                          SUITE 460
6                 LAS VEGAS, NEVADA 89128
                        (702) 316-4111
7                     FAX (702)316-4114

8  Attorneys for Defendants

9                  **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11 KOMAL KUMAR                          Case No.: 2:11-cv-00097-RLH-PAL

12           Plaintiff(s),

13 vs.                                  **STIPULATION AND ORDER FOR REMAND
                                        TO STATE COURT**
14 PET FOOD WHOLESALE, INC., et al.,

15           Defendant(s).

16

17      COMES NOW Defendant, Pet Food Wholesale, Inc., and Abraham Villalobos, by and through

18 their attorneys of record, Hall Jaffe & Clayton, LLP, and Plaintiff, Komal Kumar ("Kumar"), by and

19 through his attorneys of records, Birardi & Grasso, and Co-Counsel Prince & Keating, together

20 constituting all parties in the action, and submit the instant Stipulation for Remand to State Court.

21      IT IS HEREBY STIPULATED that the instant action be remanded to State Court pursuant to

22 USC 1447 et seq.

23      IT IS FURTHER STIPULATED that this matter shall proceed under the caption Komal Kumar

24 v. Pet Food Wholesale, Inc., et. al., Case Number A-10-630112-C, in the Eighth Judicial District Court,

25 Clark County, Nevada.

26 . . .

27 . . .

28 . . .

IT IS FURTHER STIPULATED that each party shall bear their own attorney fees and costs associated with the remand of this matter to State Court.

IT IS SO STIPULATED.

Dated this 12TH day of September, 2011.

HALL JAFFE & CLAYTON

/s/Monte Hall
STEVEN T. JAFFE, ESQ.
Nevada Bar Number 007035
MONTE HALL, ESQ.
Nevada Bar Number 000239
7455 West Washington Ave., Ste. 460
Las Vegas, Nevada 89128
Attorney for Defendants

Dated this 12TH day of September, 2011.

PRINCE & KEATING

/s/John T. Keating
DENNIS M. PRINCE, ESQ.
Nevada Bar Number 005092
JOHN T. KEATING, ESQ.
Nevada Bar Number 006373
3230 South Buffalo Drive, Suite 108
Las Vegas, NV 89117
Co-Counsel for Plaintiff

Dated this 12TH day of September, 2011.

BIRARDI & GRASSO

/s/Robert Grasso
ROBERT GRASSO, ESQ
Nevada Bar Number 006324
3515 E. Harmon Avenue
Las Vegas, NV 89121
Plaintiff's Counsel

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: ____September 13, 2011_____

DATED this 12TH day of September, 2011.

HALL JAFFE & CLAYTON, LLP

By /s/Monte Hall
    STEVEN T. JAFFE, ESQ.
    Nevada Bar No. 007035
    MONTE HALL, ESQ.
    Nevada Bar No. 000239
    7455 W. Washington Ave, Suite 460
    Las Vegas, Nevada 89128
    Attorneys for Defendants